In the Matter of EUGENIA QUINLAN, Respondent.

COMPTROLLER OF THE CITY OF NEW YORK et al., Appellants.

(Submitted September 28, 1936; decided October 6, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 271 N. Y. 396.)

In the Matter of THE TOWERS MANAGEMENT CORPORATION, Respondent, against EDWIN H. THATCHER, as Commissioner of Buildings of the Borough of Brooklyn in the City of New York, et al., Appellants.

(Submitted September 28, 1936; decided October 6, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 271 N. Y. 94.)